■ HAMILTON CENTRAL SCHOOL, Respondent, v SYRACUSE CITY SCHOOL

DISTRICT, Appellant, and SEGUIN COMMUNITY SERVICES, Respondent.—Orders and judgment unanimously affirmed, without costs, on the memorandum decision at Special Term, McLaughlin, J.; Denman, J., not participating. (Appeal from orders and judgment of Onondaga Supreme Court—summary judgment.) Present—Marsh, P. J., Simons, Dillon, Denman and Witmer, JJ. [91 Misc 2d 77.]